# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161611

JUSTIN AYLER,
        Plaintiff-Appellee,

v

LIBERTY MUTUAL INSURANCE COMPANY,
        Defendant,

and

AUTO-OWNERS INSURANCE COMPANY,
        Defendant-Appellant.

SC: 161611
COA: 347007
Wayne CC: 17-013321-NF

_____/

On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



a0421

Clerk